## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02371-WYD-MJW

MARY PERRYMAN,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, L.L.C., a Kansas limited liability company,

    Defendant.

---

## NOTICE OF SETTLEMENT

---

    COMES NOW the Plaintiff and the Defendant by and through undersigned their counsel of record and for their Notice of Settlement, hereby states:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay her or its own attorney's fees and costs once the settlement terms have been completed. The parties expect this to happen by December 30, 2014.

Respectfully submitted on December 17, 2014.

| | |
|---|---|
| s/ David M. Larson | s/ Steven R. Dunn |
| David M. Larson, Esq. | Steven R. Dunn, Esq. |
| 88 Inverness Circle East, Suite E-102 | Dunn Firm, P.C. |
| Englewood, Colorado 80112 | 8390 LBJ Freeway, Suite 540 |
| Telephone: (303) 799-6895 | Dallas, TX 75243 |
| Attorney for the Plaintiff | Telephone: (214) 692-5533 |
| | Attorney(s) for the Defendant |