IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02371-WYD-MJW

MARY PERRYMAN,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, L.L.C., a Kansas limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice filed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) on January 7, 2015.  The Court, having reviewed the Stipulation and being fully advised in the premises, hereby

ORDERS that the Stipulation of Dismissal With Prejudice (ECF No. 30) is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated:  January 7, 2015.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE